IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
FEB 0 6 2008
J. T. NOBLIN, CLERK
BY_____ DEPUTY

| | |
|---|---|
| ANTHONY DOUGLAS GORDON | PLAINTIFF |
| v. | CIVIL ACTION NO. 5:05cv234MTP |
| JIMMY TURNER, ET AL. | DEFENDANTS |

### JUDGMENT

This matter having come before the court *sua sponte* for consideration of dismissal and the court having entered a separate Order dismissing plaintiff's complaint without prejudice;

IT IS ORDERED AND ADJUDGED that plaintiff's complaint is dismissed without prejudice.

SO ORDERED AND ADJUDGED this the 4th day of February, 2008.

_____
United States Magistrate Judge